**UNITED STATES of America, Plaintiff—Appellee,**

v.

**Pablo BURGOS–FLORES, aka Pablo Cesar Burgos–Flores, Defendant—Appellant.**

**No. 05–50464.**

United States Court of Appeals, Ninth Circuit.

Submitted July 24, 2006.*

Decided July 27, 2006.

Becky S. Walker, Esq., Sandy Nunes Leal, Esq., Office of the U.S. Attorney, Los Angeles, CA, for Plaintiff-Appellee.

Gerson Simon, Los Angeles, CA, for Defendant–Appellant.

Before: ALARCÓN, HAWKINS and THOMAS, Circuit Judges.

* This panel unanimously finds this case suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

MEMORANDUM **

Pablo Burgos–Flores appeals from the district court's judgment and 63–month sentence following his guilty-plea conviction for re-entry of a deported alien, in violation of 8 U.S.C. § 1326.

Pursuant to *Anders v. California,* 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967), Burgos–Flores' counsel has filed a brief stating there are no grounds for relief, along with a motion to withdraw as counsel of record. No pro se supplemental brief or answering brief has been filed.

Our independent review of the record pursuant to *Penson v. Ohio,* 488 U.S. 75, 80–81, 109 S.Ct. 346, 102 L.Ed.2d 300 (1988), discloses no grounds for relief on direct appeal.

Accordingly, counsel's motion to withdraw is **GRANTED,** and the district court's judgment is **AFFIRMED.**

** This disposition is not appropriate for publication and may not be cited to or by the courts of this circuit except as provided by 9th Cir. R. 36–3.